# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**CHERLYN KINSEY,**             )

    **PLAINTIFF,**              )

**VS.**                          )          **2:05-cv-01220-JHH**

**ENTERPRISE LEASING COMPANY** )
**ENTERPRISE LEASING COMPANY**
**SOUTH CENTRAL, INC.,**        )

    **DEFENDANTS.**            )

## MEMORANDUM OF DECISION AND ORDER

The court has before it the joint motion (Doc. #46) of counsel for all parties seeking approval of the terms of a "Settlement Agreement and Release" and the dismissal of any and all claims with prejudice, with all parties to bear their costs and attorneys' fees. The court also has before it the five page settlement agreement setting out definitive terms of the agreement and it is signed on the last page by plaintiff herself on July 27, 2007, and by defendant itself on August 1, 2007. The court has read and understands such agreement, and **ORDERS** the clerk file it under seal. Counsel for the parties advise the court that the parties were represented by counsel throughout the negotiations of the agreement and release.

Having considered all of the foregoing, the court concludes that the agreement and release were voluntarily executed in exchange for consideration and represent a fair and reasonable disposition of any and all claims in this action. The court therefore **APPROVES** the Settlement Agreement and Release.

A separate order of dismissal will be entered.

**DONE** this the ___7th___ day of August, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE